Theodore S. Maceiko (SBN 150,211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, California 90266
Telephone: (310) 545-3311
Facsimile: (310) 545-3344

JS-6

Attorneys for Plaintiff
Mad Dogg Athletics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX HEALTH & FITNESS, INC., a California corporation,<br><br>Defendant. | Case No. CV11-8142 RSWL (MRWx)<br><br>Assigned for all purposes to Ronald S.W. Lew<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS plaintiff Mad Dogg Athletics, Inc. ("Mad Dogg") and defendant, Phoenix Health & Fitness, Inc. ("Phoenix") have agreed in a separate agreement to settlement of the matter in issue between them and to entry of this judgment, it is ORDERED, ADJUDGED AND DECREED THAT:

    1.    Mad Dogg alleged claims for Patent Infringement.

    2.    The Court has jurisdiction over each of the plaintiff Mad Dogg and Phoenix in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a). The Court further has continuing jurisdiction to enforce the terms and provisions of the Consent Judgment and Permanent Injunction. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

3. Mad Dogg is a corporation incorporated under the laws of the State of California, and has its principal place of business at 2111 Narcissus Court, Venice, California 90291.

4. Defendant Phoenix is a California corporation having a principal place of business at 12169 Santa Margarita Court, Rancho Cucamonga, California 91730.

5. Phoenix has imported, made, used, sold, offered for sale or distributed indoor cycling bikes under model nos. 98622 and 98623.

6. Mad Dogg has obtained and is the owner of U.S. Patent Nos. 6,155,958, 6,468,185, 6,881,178, 7,455,627, D473,274 and D473,602, which are valid and enforceable throughout the United States. Copies of those patents are attached hereto as Exhibits 1-6.

7. The manufacture, use, sale, offer for sale or importation of the model nos. 98622 and 98623 bikes constitutes infringement of U.S. Patent Nos. 6,155,958, 6,468,185, 6,881,178 and 7,455,627, and the manufacture, use, sale, offer for sale or importation of the model 98623 bike constitutes infringement of U.S. Design Patent Nos. D473,274 and D473,602.

8. Defendant, its agents, officers, servants, employees, and attorneys, and all persons in active consent and participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from infringing, either directly or contributorily and from inducing others to infringe any of Mad Dogg's U.S. Patent Nos. 6,155,958, 6,468,185, 6,881,178 and 7,455,627 and U.S. Design Patent Nos. D473,274 and D473,602.

9. Service by mail upon Defendant, addressed to Jeff Wang, Phoenix Health & Fitness, Inc., 12169 Santa Margarita Court, Rancho Cucamonga, California 91730, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice to Defendant under Rule 65(d) of the Federal Rules of Civil Procedure. It shall not be necessary for Defendant to sign any form of acknowledgment of service.

1   10.  The parties shall bear their own attorneys' fees and costs.

2   11.  All remaining causes of action against Defendant are hereby dismissed.

IT IS SO ORDERED.

Dated: February 13, 2012

**RONALD S.W. LEW**
Senior, U.S. District Court Judge

Approved as to form and content:

MACEIKO IP

By: _____
    Theodore S. Maceiko

Attorneys for Plaintiff
Mad Dogg Athletics, Inc.

Dated: _____, 2012


By: _____
    Jeff Wang

Dated: _____, 2012

- 3 -